UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOYANNE L. HALL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 15-12729

Honorable John Corbett O'Meara

### ORDER ADOPTING MAGISTRATE JUDGE GRAND'S APRIL 12, 2016 REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge David R. Grand's April 12, 2016 Report and Recommendation, as well as Plaintiff's May 2, 2016 objections and Defendant's May 4, 2016 response to the objections.

After conducting a *de novo* review of the matter, the court hereby **ORDERS** that Magistrate Judge Grand's May 25, 2016 Report and Recommendation is **ADOPTED.**

### ORDER

It is hereby **ORDERED** that Defendant's motion for remand is **GRANTED.**

It is further **ORDERED** that Plaintiff's motions are **GRANTED** to the extent they seek reversal of the Commissioner's decision but **DENIED** in all other respects.

It is further **ORDERED** that the Commissioner's decision is **REVERSED,** and the matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: July 19, 2016

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 19, 2016, using the ECF system and/or ordinary mail.

                                  s/William Barkholz  
                                  Case Manager